# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, J. Thomas | U. S. District Court - ED AR | 10/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magis. Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rollover IRA |
| 2. | Trustee | IRA #1 |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FLC | Note and Mortgage on Rental Prop., Pulaski County, AR (Pt. VII, Line 64) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMBEV SA ADR | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 2. Arch Coal C.S. | A | Dividend | K | T | Buy | 10/25/13 | K | | |
| 3. Bank of America C.S. | A | Dividend | K | T | Sold (part) | 05/03/13 | J | | |
| 4. Barrick Gold C.S. | A | Dividend | M | T | Buy | 07/02/13 | K | | |
| 5. Berkshire Hathaway (B) C.S. | | None | L | T | | | | | |
| 6. BP PLC ADR | B | Dividend | K | T | | | | | |
| 7. Bristol Meyers C.S. | A | Dividend | K | T | Sold (part) | 04/19/13 | J | D | |
| 8. Cenovus Energy Inc. C.S. | B | Dividend | L | T | | | | | |
| 9. Chevron C.S. | C | Dividend | M | T | | | | | |
| 10. Cisco C.S. | A | Dividend | K | T | Buy | 11/14/13 | K | | |
| 11. Corning C.S. | B | Dividend | L | T | Buy | 03/18/13 | L | | |
| 12. Conoco Phillips C.S. | D | Dividend | M | T | | | | | |
| 13. Dell Inc. C.S. | A | Dividend | | | Sold | 10/30/13 | L | E | |
| 14. Dow Chemical Co. C.S. | C | Dividend | J | T | Sold (part) | 10/15/13 | M | E | |
| 15. DuPont C.S. | A | Dividend | | | Sold | 10/15/13 | J | C | |
| 16. Eli Lilly C.S. | D | Dividend | N | T | | | | | |
| 17. Encana Corp. C.S. | B | Dividend | L | T | Buy | 10/25/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exelis Inc. C.S. | B | Dividend | L | T | | | | | |
| 19. Exxon Mobil Corp. C.S. | D | Dividend | O | T | Sold (part) | 05/07/13 | J | C | |
| 20. Fairfax Financial Hldgs C.S. | C | Dividend | M | T | | | | | |
| 21. Freeport McMorran C.S. | B | Dividend | L | T | Buy | 06/20/13 | K | | |
| 22. Gannett Co. Inc. C.S. | A | Dividend | | | Sold | 06/13/13 | L | E | |
| 23. Glaxosmithkline PLC C.S. | A | Dividend | | | Sold | 03/18/13 | K | E | |
| 24. Goodyear Tire C.S. | A | Dividend | | | Sold | 08/27/13 | L | E | |
| 25. Hewlett Packard C.S. | A | Dividend | K | T | | | | | |
| 26. Inmet Mining Corp. C.S. | A | Dividend | | | Sold | 04/11/13 | K | D | |
| 27. Intel C.S. | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 28. J P Morgan Chase C.S. | B | Dividend | L | T | | | | | |
| 29. Johnson & Johnson C.S. | D | Dividend | N | T | Sold (part) | 05/09/13 | M | F | |
| 30. Kon Philips C.S. | B | Dividend | | | Sold | 09/13/13 | L | E | |
| 31. Leucadia Corp. C.S. | A | Dividend | L | T | | | | | |
| 32. Lexmark Intl Inc. C.S. | B | Dividend | L | T | | | | | |
| 33. MEMC Materials C.S. | | None | | | Sold | 01/04/13 | J | A | |
| 34. Merck & Co. Inc. C.S. | D | Dividend | N | T | Sold (part) | 04/19/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFC Industries C.S. | A | Dividend | J | T | | | | | |
| 36. Newmont Mining C.S. | B | Dividend | K | T | | | | | |
| 37. Nokia C.S. | | None | K | T | | | | | |
| 38. Permian Basin Trust C.S. | C | Dividend | L | T | | | | | |
| 39. Peabody Energy Corp. C.S. | A | Dividend | K | T | | | | | |
| 40. Pfizer Inc. C.S. | C | Dividend | L | T | Sold (part) | 04/19/13 | K | D | |
| 41. Phillips 66 C.S. | B | Dividend | M | T | | | | | |
| 42. Potash Corp. C.S. | A | Dividend | J | T | | | | | |
| 43. Precision Drilling C.S. | A | Dividend | K | T | | | | | |
| 44. Rio Tinto ADR | A | Dividend | J | T | Buy | 07/08/13 | J | | |
| 45. Roche ADR | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 46. Sanofi Aventis C.S. | C | Dividend | L | T | | | | | |
| 47. Stryker Corp. C.S. | A | Dividend | K | T | | | | | |
| 48. Teck Resources C.S. | B | Dividend | K | T | | | | | |
| 49. Thermo Fisher C.S. | A | Dividend | K | T | | | | | |
| 50. Thompson Creek Metals C.S. | | None | J | T | | | | | |
| 51. Transocean Inc. C.S. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tsakos Nav. C.S. | B | Dividend | K | T | | | | | |
| 53. Vale ADR | A | Dividend | K | T | Buy | 06/11/13 | J | | |
| 54. Valero Energy C.S. | B | Dividend | M | T | | | | | |
| 55. Wells Fargo C.S. | B | Dividend | K | T | Sold (part) | 03/06/13 | J | A | |
| 56. Weyerhauser Co C.S. | A | Dividend | J | T | | | | | |
| 57. Fort Smith WTR Bond | B | Interest | L | T | | | | | |
| 58. UCA Rev. Bond | C | Interest | L | T | | | | | |
| 59. Money Market (Cash Equivalents) Charles Schwab | A | Interest | M | T | | | | | |
| 60. | | | | | | | | | |
| 61. ORI/Acadia & Ver. Par., LA; McGowan Inc. | F | Royalty | N | W | | | | | |
| 62. ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | K | W | | | | | |
| 63. W/I; Acadia & Vermillion Par., LA; McGowan Inc. | F | Royalty | N | W | | | | | |
| 64. Rental Property (Pulaski County, AR) | D | Rent | N | W | | | | | |
| 65. | | | | | | | | | |
| 66. Rollover IRA | E | Dividend | P1 | T | | | | | |
| 67. - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 68. - Amgen C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Apache C.S. | | | | | | | | | |
| 70. - Arch Coal C.S. | | | | | Buy | 06/25/13 | J | | |
| 71. - Bank of America. C.S. | | | | | | | | | |
| 72. - Barrick Gold Corp. C.S. | | | | | Buy | 07/02/13 | K | | |
| 73. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 74. - BP ADR | | | | | Buy | 08/19/13 | K | | |
| 75. - BP Prudhoe Bay Royalty Trust | | | | | Sold | 01/04/13 | K | B | |
| 76. - Celgene C.S. | | | | | | | | | |
| 77. - Chevron C.S. | | | | | | | | | |
| 78. - Conoco Phillips C.S. | | | | | | | | | |
| 79. - Dow Chemical C.S. | | | | | Sold | 10/16/13 | K | E | |
| 80. - Encana Corp C.S. | | | | | | | | | |
| 81. - Exxon C.S. | | | | | | | | | |
| 82. - Freeport McMoran C.S. | | | | | Buy | 05/10/13 | K | | |
| 83. - General Electric Co. C.S. | | | | | | | | | |
| 84. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 85. - J.P. Morgan C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Johnson & Johnson C.S. | | | | | | | | | |
| 87. - Leucadia National Corp. C.S. | | | | | | | | | |
| 88. - Merck & Co. Inc. C.S. | | | | | | | | | |
| 89. - Permian Basin Royalty Trust C.S. | | | | | | | | | |
| 90. - Pfizer Inc. C.S. | | | | | | | | | |
| 91. - Phillips 66 C.S. | | | | | | | | | |
| 92. - Potash Corp. C.S. | | | | | Buy | 07/30/13 | J | | |
| 93. - Rio Tinto ADR | | | | | Buy | 07/08/13 | J | | |
| 94. - Roche Hldg ADR | | | | | Buy | 06/25/13 | K | | |
| 95. - Sanofi Aventis C.S. | | | | | | | | | |
| 96. - Stryker C.S. | | | | | | | | | |
| 97. - Teva Pharm C.S. | | | | | Sold | 07/08/13 | J | | |
| 98. - Total ADR | | | | | Sold (part) | 07/26/13 | K | D | |
| 99. - Transocean Inc. C.S. | | | | | Buy | 12/16/13 | K | | |
| 100. - Tsakos Energy Nav. C.S. | | | | | Buy | 03/19/13 | J | | |
| 101. - Vale ADR | | | | | Buy | 06/12/13 | J | | |
| 102. - Veolia Environmental ADR C.S. | | | | | Sold | 06/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Wells Fargo & Co. C.S. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. IRA #1 | C | Dividend | N | T | | | | | |
| 106. - Amgen Inc. C.S. | | | | | | | | | |
| 107. - Apache Corp. C.S. | | | | | Buy | 04/18/13 | J | | |
| 108. - Bank of America C.S. | | | | | | | | | |
| 109. - Barrick Gold Corp. C.S. | | | | | Buy | 07/08/13 | K | | |
| 110. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 111. - Celgene C.S. | | | | | | | | | |
| 112. - Conoco C.S. | | | | | | | | | |
| 113. - Dow Chemical Co C.S. | | | | | Sold | 10/16/13 | J | C | |
| 114. - Exxon Mobil C.S. | | | | | | | | | |
| 115. - Freeport McMoran | | | | | Buy | 06/11/13 | J | | |
| 116. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 117. - Johnson & Johnson C.S. | | | | | | | | | |
| 118. - J.P. Morgan Chase C.S. | | | | | | | | | |
| 119. - Leucadia National Corp. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Merck C.S. | | | | | | | | | |
| 121. - Phillips 66 C.S. | | | | | | | | | |
| 122. - Pfizer C.S. | | | | | | | | | |
| 123. - Potash Corp C.S. | | | | | | | | | |
| 124. - TEVA Pharma ADR | | | | | | | | | |
| 125. - Tsakos Energy Nav. C.S. | | | | | Sold | 12/09/13 | J | A | |
| 126. - Veolia Environmental ADR C.S. | | | | | Sold | 05/31/13 | J | A | |
| 127. - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. IRA #2 | C | Dividend | M | T | | | | | |
| 130. - Amgen Inc. C.S. | | | | | | | | | |
| 131. - Apache C.S. | | | | | Buy | 04/15/13 | J | | |
| 132. - Arch Coal C.S. | | | | | | | | | |
| 133. - Bank of America C.S. | | | | | | | | | |
| 134. - Barrick Gold Corp. C.S. | | | | | Buy | 07/02/13 | J | | |
| 135. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 136. - Celgene C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Encana Corp. C.S. | | | | | Buy | 07/08/13 | J | | |
| 138. - Exxon C.S. | | | | | | | | | |
| 139. - Gilead Sciences Inc. C.S. | | | | | Sold (part) | 03/06/13 | J | D | |
| 140. - Johnson & Johnson C.S. | | | | | | | | | |
| 141. - Merck C.S. | | | | | | | | | |
| 142. - Permian Basin Royalty Trust C.S. | | | | | Sold | 11/18/13 | J | A | |
| 143. - Pfizer Inc. C.S. | | | | | Sold (part) | 01/24/13 | J | A | |
| 144. - Teva ADR | | | | | Sold | 07/02/13 | J | | |
| 145. - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. Trust #1 | B | Dividend | M | T | | | | | |
| 148. - Amgen Inc. C.S. | | | | | | | | | |
| 149. - Bank of America C.S. | | | | | | | | | |
| 150. - Barrick Gold Corp. C.S. | | | | | Buy | 09/13/13 | J | | |
| 151. - Celgene C.S. | | | | | | | | | |
| 152. - Conoco Phillips C.S. | | | | | | | | | |
| 153. - Gilead Sciences Inc. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Johnson & Johnson C.S. | | | | | | | | | |
| 155. - Permian Basin Royalty Trust C.S. | | | | | Sold | 11/18/13 | J | | |
| 156. - Pfizer C.S. | | | | | | | | | |
| 157. - Phillips 66 C.S. | | | | | | | | | |
| 158. - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. Trust #2 | E | Dividend | P1 | T | | | | | |
| 161. - AMBEV ADR | | | | | Buy | 06/12/13 | J | | |
| 162. - Amgen Inc. C.S. | | | | | | | | | |
| 163. - Apache Corp. C.S. | | | | | Buy | 04/17/13 | J | | |
| 164. - Bank of America C.S. | | | | | | | | | |
| 165. - Barrick Gold Corp. C.S. | | | | | Buy | 04/24/13 | K | | |
| 166. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 167. - BP ADR (F) | | | | | Buy | 08/19/13 | J | | |
| 168. - Celgene C.S. | | | | | | | | | |
| 169. - Chevron C.S. | | | | | | | | | |
| 170. - Dow Chemical Co. C.S. | | | | | Sold (part) | 10/16/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - DuPont Co. C.S. | | | | | Sold (part) | 08/12/13 | J | C | |
| 172. - Encana Corp. C.S. | | | | | | | | | |
| 173. - Exxon C.S. | | | | | Buy | 10/08/13 | J | | |
| 174. - Freeport McMoran C.S. | | | | | Buy | 04/12/13 | J | | |
| 175. - General Electric C.S. | | | | | | | | | |
| 176. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 177. - Johnson & Johnson C.S. | | | | | | | | | |
| 178. - Leucadia National Corp. C.S. | | | | | | | | | |
| 179. - Life Technologies C.S. | | | | | Sold | 08/01/13 | K | D | |
| 180. - Merck & Co. C.S. | | | | | | | | | |
| 181. - Permian Basin Royalty Trust C.S. | | | | | | | | | |
| 182. - Pfizer C.S. | | | | | Sold (part) | 03/06/13 | K | A | |
| 183. - Phillips 66 C.S. | | | | | Buy | 09/17/13 | J | | |
| 184. - Phillips 66 Partners | | | | | Buy | 08/07/13 | J | | |
| 185. - Potash Corp. C.S. | | | | | Buy | 08/21/13 | J | | |
| 186. - Rio Tinto ADR (F) | | | | | Buy | 07/08/13 | J | | |
| 187. - Sanofi Aventis C.S. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Stryker C.S. | | | | | Sold (part) | 08/19/13 | J | C | |
| 189.  - Teva Pharma C.S. | | | | | Sold | 07/08/13 | J | | |
| 190.  - Thermo Fisher C.S. | | | | | | | | | |
| 191.  - Transocean Inc. C.S. | | | | | | | | | |
| 192.  - Vale C.S. | | | | | Buy | 06/12/13 | J | | |
| 193.  - Veolia Environmental ADR C.S. | | | | | Sold | 07/03/13 | J | | |
| 194.  - Wells Fargo C.S. | | | | | Sold (part) | 02/19/13 | J | A | |
| 195.  - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 196. | | | | | | | | | |
| 197.  Trust #3 | A | Dividend | K | T | | | | | |
| 198.  - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 199.  - Dow Chemical Co. C.S. | | | | | | | | | |
| 200.  - Encana Corp. C.S. | | | | | | | | | |
| 201.  - Merck C.S. | | | | | | | | | |
| 202.  - Money Market (Cash Equivalents) (X) Charles Schwab | | | | | | | | | |
| 203.  Life Insurance -Flexible Premium Adjustable Life Ins. Policy | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 10/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Thomas Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544